# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| THOMAS R. AHERN AND BARBARA J. POSTERT ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 10-5254 |
| COLEMAN BRACKNEY ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ **the plaintiff** *(name)* Thomas R. Ahern and Barbara J. Postert recover from the defendant *(name)* Coleman Brackney the amount of Twenty thousand and no/100-------------------------------------- dollars ($ 20,000.00 ), which includes prejudgment interest at the rate of 0.00 %, plus postjudgment interest at the rate of 0.12 %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ **other:**
.

This action was *(check one)*:

☑ tried by a jury with Judge Jimm Larry Hendren presiding, and the jury has rendered a verdict.

☐ tried by Judge Jimm Larry Hendren without a jury and the above decision was reached.

☐ decided by Judge Jimm Larry Hendren on a motion for

Date: 02/02/2012

*CLERK OF COURT*

/s/ Allison Winkle
*Signature of Clerk or Deputy Clerk*